STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

JOSE A HERNANDEZ ORTIZ

Case No. 10-11575-BKT

Chapter 13

Attorney Name: JOSE PRIETO CARBALLO ESQ*

## I. Appearances

Debtor [✓] Present [ ] Absent
Joint Debtor [ ] Present [ ] Absent
Attorney for Debtor [✓] Present [ ] Absent
[ ] Pro-se
[ ] Substitute _____

Date: January 14, 2011
Time: 8:46  Track: R
[✓] This is debtor(s) ___ Bankruptcy filing.
Liquidation Value: TBD

Creditors
L. Herrera - BPPR

## II. Oath Administered
[✓] Yes    [ ] No

## III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
   [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[✓] State Tax Returns 06 09 [ ] Returned
[✓] Federal Tax Returns 06 09 [✓] Returned
[✓] Evidence of income (60 days prior to petition)

## IV. Status of Meeting [✓] Closed    [ ] Not Held    [ ] Continued _____ at _____

## V. Trustee's Report on Confirmation

[ ] FAVORABLE
[✓] UNFAVORABLE

[ ] Feasibility
[✓] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)

[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
   [ ] State - years _____
   [ ] Federal - years _____

[✓] No DSO certificate (Post-petition)
[ ] Evidence of income
   [ ] Missing    [ ] Incomplete
[ ] Stmt. of Current Monthly Income
   [ ] Incomplete    [ ] Missing
   [ ] Fails commitment period    [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
   [ ] Missing    [ ] More than 180 days
   [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other: _____

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:
JOSE A HERNANDEZ ORTIZ

Case No. 10-11575-BKT

Chapter 13    Attorney Name: JOSE PRIETO CARBALLO ESQ*

VI. Plan (Cont.)
Date: December, 10, 2010  Base $ 15,900.00  [X] Filed   Evidence of Pmt shown: _____
Payments _1_ made out of __/__ due.   [ ] Not Filed

VII. Confirmation Hearing Date: February, 11, 2011

VIII. Attorney's fees as per R. 2016(b)
$3,000.00 - $ 406.00 = $ 2,594.00

IX. Documents to be provided w/in ____ days

[ ] Amended schedules _____
[✓] Insurance estimate
    Ford Motor Credit
[ ] Assumption/Rejection executory contract
_____
[ ] Appraisal _____
_____
[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
    [ ] Debtor  [ ] Joint debtor
[ ] Other: _____

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
    [ ] Monthly reports for the months
_____
_____
[ ] Public Liability Insurance
    [ ] Premises_____
    [ ] Vehicle(s)_____
[ ] Licenses issued by:
_____

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

COMMENTS

1) Account Receivable $500 Casa Batel include at B + plan.

Trustee/Presiding Officer                        Date: January 14, 2011
                                                       (Rev.