IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No.: 10-11575 BKT |
|---|---|
| **JOSE A HERNANDEZ ORTIZ** | Chapter 13 |
| Debtor(s) | |

## ANSWER TO MOTION TO DISMISS FILED BY CHAPTER 13 TRUSTEE

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That the Chapter 13 Trustee has filed a Motion to Dismiss for failure to complete documents and file amendments requested by trustee.

2. That debtor filed all amendments to Schedule B, C and Chapter 13 plan. (Dkts #14 &15)

3. That regarding the documents, debtor will provide evidence of his DSO post petition payments in a term of 10 days and insurance quotation has been already requested to Easter American Insurance Co. which will be submitted to trustee as soon its available.

**WHEREFORE,** the Trustee respectfully requests this Honorable Court to take notice of the aforementioned deny the trustee's motion requesting dismissal.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.
**In San Juan, Puerto Rico this 3rd day of February of 2011.**

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.