**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO**

IN RE:

**JOSE A HERNANDEZ ORTIZ**

**XXX-XX-4303**

**Debtor(s)**

**CASE NO. 10-11575 BKT**

**Chapter 13**

**MINUTES OF FAST TRACK HEARING ON CONFIRMATION OF PLAN,
ORDER AND NOTICE**

1. Plan dated: **02/03/2011** (Docket no. **14**) is not confirmed.

    ___ **The §341 meeting of creditors was continued to _____ at ___.**

2. Hearing on Confirmation is continued to: **04/28/2011 at 09:00 A.M., US POST OFFICE AND COURTHOUSE BLDG, 300 RECINTO SUR STREET, COURTROOM 3 THIRD FLOOR, SAN JUAN, PR. Deadline to Object to Confirmation of the Plan: Objections must be filed not later than ten (10) days prior the hearing on confirmation as per P.R. Local Rule 3015-2(e)(1).**

3. **OTHER:**

/S/Brian K. Tester
U.S. Bankruptcy Judge

Date: **02/11/2011**                BY: /S/Inecita Collazo
                                        Courtroom Deputy