IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>JOSE A HERNANDEZ ORTIZ<br><br><br><br><br>XXX-XX-4303<br><br><br><br>**Debtor(s)** | CASE NO. 10-11575 BKT<br><br>Chapter 13<br><br><br><br><br><br>FILED & ENTERED ON 02/17/2011 |

### ORDER

Debtor's answer (docket #15) is noted. Debtor to re-file schedule B and evidence of submittal of the remaining documents to the Trustee within twenty-one (21) days.

IT IS SO ORDERED.

San Juan, this 17 day of February, 2011.

/s/ Brian K. Tester
Brian K. Tester
U.S. Bankruptcy Judge

CC: DEBTOR(S)
    JOSE M PRIETO CARBALLO
    ALEJANDRO OLIVERAS RIVERA