IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No: 10-11575B |
|---|---|
| JOSE A HERNANDEZ ORTIZ | Chapter 13 |
| Debtor(s) | |

# MOTION TO INFORM AMENDED PLAN

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to increase the base of the plan.

**WHEREFORE,** it is respectfully requested to this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

In San Juan, Puerto Rico this 28th day of March of 2011.

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:  Case No. 10-11575-13

HERNANDEZ ORTIZ, JOSE A  Chapter 13
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: ____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: 3/28/2011
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 265.00 x 12 = $ 3,180.00
$ 300.00 x 12 = $ 3,600.00
$ 375.00 x 12 = $ 4,500.00
$ 400.00 x 24 = $ 9,600.00
$ ____ x ____ = $ ____

TOTAL: $ 20,880.00

Additional Payments:
$ ____ to be paid as a LUMP SUM within ____ with proceeds to come from:

☐ Sale of Property identified as follows:
____
____

☐ Other:
____
____

Periodic Payments to be made other than, and in addition to the above:
$ ____ x ____ = $ ____

PROPOSED BASE: $ 20,880.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,594.00

Signed: /s/ JOSE A HERNANDEZ ORTIZ
Debtor

____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ ____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. FIRST BANK OF PR  Cr. ____  Cr. ____
# ____  # ____  # ____
$ 1,100.00  $ ____  $ ____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. FORD MOTOR CREDIT  Cr. ____  Cr. ____
# 4303  # ____  # ____
$ 300.00  $ ____  $ ____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ____  Cr. ____  Cr. ____
# ____  # ____  # ____
$ ____  $ ____  $ ____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
____
5. ☐ Other:
____
6. ☑ Debtor otherwise maintains regular payments directly to:
FIRST BANK OF PR
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ____
☐ Paid 100% / ☐ Other: ____
Cr. ____  Cr. ____  Cr. ____
# ____  # ____  # ____
$ ____  $ ____  $ ____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

DEBTOR WILL CONTINUE DIRECT PAYMENTS TO DSO RECIPIENT

Attorney for Debtor Jose Prieto  Phone: (787) 607-2066

CHAPTER 13 PAYMENT PLAN

```
Label Matrix for local noticing         FIRSTBANK PUERTO RICO                    US Bankruptcy Court District of P.R.
0104-3                                   CARDONA JIMENEZ LAW OFFICE, PSC          U.S. Post Office and Courthouse Building
Case 10-11575-BKT13                      PO BOX. 9023593                          300 Recinto Sur Street, Room 109
District of Puerto Rico                  SAN JUAN, PR 00902-3593                  San Juan, PR 00901-1964
Old San Juan
Mon Jan  3 15:37:27 AST 2011

ASUME                                    BANCO POPULAR DE PUERTO RICO             CARMEN CALERO ROMAN
APARTADO 71414                           BANKRUPTCY DEPARTMENT                    2C CALLE PARANA
SAN JUAN, PR  00936-8514                 PO BOX 366818                            RIO PIEDRAS, PR  00926
                                         SAN JUAN PR 00936-6818


FIRST BANK OF PR                         FORD MOTOR CREDIT                        NAHIR SEPULVEDA
P O BOX 19327                            P O BOX 71532                            P O BOX 13167
SAN JUAN, PR 00910-1327                  SAN JUAN, PR 00936-8632                  SAN JUAN, PR  00936



SAHIRA PADILLA                           ALEJANDRO OLIVERAS RIVERA                JOSE A HERNANDEZ ORTIZ
P O BOX 1175                             ALEJANDRO OLIVERAS, CHAPTER 13 TRUS      35 CALLE GERONIA
COAMO, PR 00769-1175                     PO BOX 9024062                           URB SAN FRANCISCO
                                         SAN JUAN, PR 00902-4062                  RIO PIEDRAS, PR 00926



JOSE M PRIETO CARBALLO                   MONSITA LECAROZ ARRIBAS                  End of Label Matrix
JPC LAW OFFICE                           OFFICE OF THE US TRUSTEE (UST)           Mailable recipients    13
PO BOX 363565                            OCHOA BUILDING                           Bypassed recipients     0
SAN JUAN, PR 00936-3565                  500 TANCA STREET  SUITE 301              Total                  13
                                         SAN JUAN, PR 00901-1938
```