IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOSE A HERNANDEZ ORTIZ

CASE 10-11575-BKT

CHAPTER 13

DEBTOR(S)

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **January 14, 2011**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation of the estate is: $0

3. With respect to the attached payment plan:

AMENDED PLAN DATE: April 27, 2011          PLAN BASE: $24,420.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 4/28/2011

[ ] FAVORABLE                              [X] UNFAVORABLE

1. [X] FEASIBILITY 11 USC § 1325(a)(6):
   362 motion filed by Firstbank is pending.

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [X] OTHER:
   Objection to confirmation by Firstbank is pending Dk.39

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$406.00/$2,594.00

Atty: JOSE PRIETO CARBALLO

/s/ Miriam Salwen Acosta

Miriam Salwen Acosta
USDC # 208910
For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062