UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

**Minute Entry**

*Hearing Information:*

**Debtor**: JOSE A HERNANDEZ ORTIZ
**Case Number**: 10-11575-BKT13    **Chapter:** 13
**Date / Time / Room**: 4/28/2011 9:00 AM
**Bankruptcy Judge**: BRIAN K. TESTER
**Courtroom Clerk**: CARMEN B. FIGUEROA
**Reporter / ECR**: JOSE ROMO

*Matter:*

Confirmation Hearing

*Appearances:*

MYRIAM SALWEN for ALEJANDRO OLIVERAS RIVERA , Chapter 13 Trustee
JOSE M PRIETO CARBALLO

*Proceedings:*

The hearing on Confirmation was continued for 5/26/2011 at 9:00am (see docket #45)

Deadline to Object to Confirmation of the Plan: Objections must be filed no later than fourteen (14) days prior to the hearing on confirmation as per P.R. L.B.R. 3015-2(e)(1).

SO ORDERED.

/S/BRIAN K. TESTER
U.S. Bankruptcy Judge