```
                        United States Bankruptcy Court
                            District of Puerto Rico

In re:                                                    Case No. 10-11575-BKT
   JOSE A HERNANDEZ ORTIZ                                 Chapter 13
        Debtor                  CERTIFICATE OF NOTICE

District/off: 0104-3        User: figueroac          Page 1 of 1        Date Rcvd: May 02, 2011
                            Form ID: pdf001          Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2011.

```
db              JOSE A HERNANDEZ ORTIZ,    35 CALLE GERONIA,    URB SAN FRANCISCO,    RIO PIEDRAS, PR   00926
smg             DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR  00902-4140
smg             FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR  00902-0192
smg             PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,   12 FLOOR,
                  SAN JUAN, PR  00918
cr              FIRSTBANK PUERTO RICO,    CARDONA JIMENEZ LAW OFFICE, PSC,    PO BOX. 9023593,
                  SAN JUAN, PR  00902-3593
3125964         ASUME,   APARTADO 71414,    SAN JUAN, PR  00936-8514
3137310         BANCO POPULAR DE PUERTO RICO,    BANKRUPTCY DEPARTMENT,    PO BOX 366818,    SAN JUAN PR 00936-6818
3125965         CARMEN CALERO ROMAN,    2C CALLE PARANA,    RIO PIEDRAS, PR  00926
3209856        +Department of Treasury,    Bankruptcy Section (Suite 1504),    235 Ave. Arterial Hostos,
                  San Juan Puerto Rico 00918-1451
3182477         EASTERN AMERICA INSURANCE,    PO BOX 9023862,    SAN JUAN, PR  00902-3862
3192443        +ECMC,   P.O. Box 75906,    St. Paul, MN 55175-0906
3125966        +FIRST BANK OF PR,    P O BOX 19327,    SAN JUAN, PR 00910-1327
3140449         FIRSTBANK PUERTO RICO,    C/O CARDONA JIMENEZ LAW OFFICE,    PO BOX 9023593,
                  SAN JUAN PR 00902-3593
3125967        +FORD MOTOR CREDIT,    P O BOX 71532,    SAN JUAN, PR  00936-8632
3142006       ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
                 (address filed with court:  Ford Motor Credit Company LLC,     Dept 55953,    P O Box 55000,
                  Detroit  MI  48255-0953)
3125968         NAHIR SEPULVEDA,    P O BOX 13167,    SAN JUAN, PR  00936
3125969        +SAHIRA PADILLA,    P O BOX 1175,    COAMO, PR 00769-1175
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            +E-mail/Text: ustpregion21.hr.ecf@usdoj.gov May 02 2011 19:49:41     US TRUSTEE,    EDIFICIO OCHOA,
                 500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1938
3147921        +E-mail/Text: ebn@vativrecovery.com May 02 2011 19:48:10      Palisades Acquisition IX, LLC,
                 Vativ Recovery Solutions LLC,    As Agent for Palisades Acquisition IX, L,    PO Box 19249,
                 Sugar Land TX 77496-9249
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3169264         ASUME-NAHIR SEPULVEDA ARCE   PO BOX 71316 SAN JUAN
3169282         ASUME-SAHIRA PADILLA AGUIRRE PO BOX 71316 SAN JUAN
                                                                                              TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 04, 2011**                **Signature:** _/s/ Joseph Speetjens_

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**Minute Entry**

*Hearing Information:*

**Debtor**: JOSE A HERNANDEZ ORTIZ
**Case Number**: 10-11575-BKT13   **Chapter:** 13
**Date / Time / Room**: 4/28/2011 9:00 AM
**Bankruptcy Judge**: BRIAN K. TESTER
**Courtroom Clerk**: CARMEN B. FIGUEROA
**Reporter / ECR**: JOSE ROMO

*Matter:*

Confirmation Hearing

*Appearances:*

MYRIAM SALWEN for ALEJANDRO OLIVERAS RIVERA , Chapter 13 Trustee
JOSE M PRIETO CARBALLO

*Proceedings:*

The hearing on Confirmation was continued for 5/26/2011 at 9:00am (see docket #45)

Deadline to Object to Confirmation of the Plan:  Objections must be filed no later than fourteen (14) days prior to the hearing on confirmation as per P.R. L.B.R. 3015-2(e)(1).

SO ORDERED.

/S/BRIAN K. TESTER
U.S. Bankruptcy Judge