UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

Minute Entry

*Hearing Information:*

Debtor: JOSE A HERNANDEZ ORTIZ
Case Number: 10-11575-BKT13  Chapter: 13
Date / Time / Room: 5/26/2011 9:00 AM
Bankruptcy Judge: BRIAN K. TESTER
Courtroom Clerk: AIDA MACHARGO
Reporter / ECR: INECITA COLLAZO

*Matter:*

**Confirmation Hearing**

**Final hearing on Motion for Relief From Stay Under 362 filed by FIRSTBANK PUERTO RICO (# 26) and Debtor's answer (#31)**

*Appearances:*

MYRIAM SALWEN for ALEJANDRO OLIVERAS RIVERA , Chapter 13 Trustee
JOSE M PRIETO CARBALLO for DEBTOR

*Proceedings:*

**ORDER:**

The debtor has thirty (30) days to cure the arrears ($1,245.97) with Firstbank Puerto Rico. Upon failure to comply, the stay is lifted automatically.

The hearing on confirmation was continued for 7/27/2011 at 9:00 a.m.

**Deadline to Object to Confirmation of the Plan:** Objections must be filed no later than fourteen (14) days prior to the hearing on confirmation as per P.R. L.B.R. 3015-2(e)(1).


/S/BRIAN K. TESTER
U.S. Bankruptcy Judge